# From the Desk of Dr. Coleman

Arica L. Coleman
208 Durso Drive
Newark, Delaware 19711

2018 FEB 26 AM 9: 34
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **Judge:** | Gregory M Sleet |
| **Case #:** | 1:17-cv-01746 |
| **Nature of Suit** | 442 Civil Rights - Employment |
| **Cause** | 28:1331 Fed. Question: Employment Discrimination |

Dear Judge Sleet:

I am the plaintiff of the above mentioned case and I am writing to express my concern regarding my inability to find suitable counsel to represent me in this case *Coleman v. University of Delaware*. Despite, exceeding all criteria for promotion and tenure, the university denied my application for promotion and tenure. I believe I have a strong prima facie case which proves that my denial was based in race and gender discrimination.

I sought assistance from the university's union, the American Association of University Professors (AAUP) early on in this process. Not only were they unable to recommend a lawyer(s), the union itself had no legal representation. I also consulted the Legal Referral Office of the national AAUP, but was unsuccessful there as well.

Attorney Gary Aber was my lawyer during the EEOC process (2015-2017), but he had no expertise in the area of Higher Education Law and had never handled a tenure case. At the conclusion of the EEOC process, we mutually agree to part ways.

I requested that the court appoint a lawyer when I filed the Pro Se Forms on December 5, 2017. This case has not been assigned an attorney. The 90 day requirement for a summons to be served to the university is drawing to a close. Consequently, the inability to secure legal counsel has placed me at a woeful disadvantage.

The scholarship I completed at UD has come to national recognition and I am a prominent scholar in my field, something the administration stated would not happen. But how do you hold them accountable? The institution's reputation about their lack of commitment to diversity, particularly when it comes to the hiring and retention of black students and faculty proceeds them. But I am sure they are just as aware as I am that finding a lawyer who can force them to answer for their crimes is nearly impossible.

I am in search of the Louis Redding of this hour. I ask for a 90 day continuance in order to continue this search. I also ask the courts help in this endeavor.

Sincerely,

Dr. Arica L. Coleman

# From the Desk of Dr. Coleman

Arica L. Coleman
208 Dutro Drive
Newark, Delaware 19711

Judge: Gregory M Sleet

Nature of Suit: 442 Civil Rights - Employment

Cause: 42:[illegible] Employment Discrimination

Dear Judge Sleet:

I am the plaintiff of the above mentioned case and I am writing to express my concern regarding my inability to find suitable counsel to represent me in this case: Coleman v. University of Delaware. Despite exceeding all criteria for promotion and tenure, the university denied my application for promotion and tenure. I believe I have a strong prima facie case which proves that my denial was based in race and gender discrimination.

I sought assistance from the university's union, the American Association of University Professors (AAUP) early on in this process. Not only were they unable to recommend a lawyer(s), the union itself had no legal representation. I also consulted the Legal Referral Office of the national AAUP, but was unsuccessful there as well.

Attorney Gary Aber was my lawyer during the EEOC process (2015-2017), but he had no experience in the area of Higher Education law and had never handled a tenure case. At the conclusion of the EEOC process, we mutually agreed to part ways.

I requested that the court appoint a lawyer when I filed the Pro Se Forms on December 5, 2017. This case has not been assigned an attorney. The 90 day requirement for a summons to be served to the university is drawing to a close. Consequently, the inability to secure legal counsel has placed me at a [illegible] disadvantage.

The scholarship I completed at UD has come to national recognition and I am a prominent scholar in my field, something the administration stated would not happen. But how do you hold them accountable? The institution's reputation about their lack of commitment to diversity, particularly when it comes to the hiring and retention of black students and faculty precedes them. But I am sure they are just as aware as I am that finding a lawyer who can force them to answer for their crimes is nearly impossible.

I am in search of the [illegible] of this honor. I ask for a 90 day continuance in order to continue this search. I also ask the courts help in this endeavor.

Sincerely,

To: Judge Sleet
From: D. Coleman
Re: 1:17-cv-01746