# From the Desk of Dr. Coleman

Arica L. Coleman
208 Durso Drive
Newark, Delaware 19711



FILED
Jun 01 2018
U.S DISTRICT COURT
DISTRICT OF DELAWARE

**Judge:** Gregory M Sleet
**Case #:** 1:17-cv-01746
**Nature of Suit** 442 Civil Rights - Employment
**Cause** 28:1331 Fed. Question: Employment Discrimination

Dear Judge Sleet:

Thank you for granting me an extension so that I may continue my search for adequate legal counsel to represent me in my discrimination case against the University of Delaware for denying my application for tenure and promotion in 2013. Unfortunately, not only have I been unsuccessful in my search for a lawyer (I have sought assistance from the Delaware ACLU, the Delaware Bar Association, AAUP local and national, AAUW local, FAAD and several out-of-state lawyers), the Philadelphia Office of the EEOC has yet to honor my FOIA request which I submitted on March 6, 2018. I last spoke with someone from that office on April 17, 2018, who promised that she would have someone get right on it, but a las I have once received the same old slow, tired service as I did from 2013-2017.

Dr. King stated, "The universe always bends toward justice." Well it has not done so for me these past five years. Hence, unless the court is able to provide some assistance in this matter, I must regrettable request that this case be closed.

Sincerely,

Dr. Arica L. Coleman    5/30/2018

Coleman
268 Dulso Dr.
Newark, De 19711

The Honorable Gregory Sleet
U.S. District Court Delaware
844 N King St  4th floor
Wilmington, De 19801-3519